■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HENRY ST. LOUIS, JR., Appellant, v. CHARLES L. MCKENDRICK, as Warden of Wallkill Prison, Respondent.— Appeal dismissed, without costs, upon the ground that relator has been released on parole (see *People ex rel. Wilder* v. *Markley,* 26 N Y 2d 648). Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.